UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAY LEE VAUGHN, | ) | 1:12-cv—01231-BAM-HC |
| | ) | |
|         Petitioner, | ) | ORDER DISREGARDING PETITIONER'S |
| | ) | MOTION TO RE-SUBMIT PETITION |
|   v. | ) | (DOC. 4) |
| | ) | |
| KATHLEEN ALLISON, | ) | |
| | ) | |
|         Respondent. | ) | |
| | ) | |

    Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b)(1) and Local Rules 302 and 303.  Pending before the Court is Petitioner's motion to re-submit his petition for writ of habeas corpus, which reflects that a previously filed petition was dismissed because Petitioner had not exhausted state court remedies as to all of his claims.

    Petitioner filed his habeas corpus petition in the present action on July 27, 2012.  The petition is now presently pending on the Court's docket.  Therefore, it is unnecessary for Petitioner to file a motion to re-submit his petition.

1

1  Accordingly, Petitioner's motion to re-submit his petition
2 is DISREGARDED as unnecessary.
3  IT IS SO ORDERED.
4  **Dated:  August 1, 2012**            /s/ **Barbara A. McAuliffe**
                                   UNITED STATES MAGISTRATE JUDGE